**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WILLIAM ROY WELCH | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:09CV18-JRG |
| | § | |
| DOREL USA, INC., ET AL. | § | |

**Teleconference
RODNEY GILSTRAP, JUDGE PRESIDING
January 10, 2013**

**OPEN:** 3:30 pm                                              **ADJOURN:**    4:00 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Reese Andrews |
| ATTORNEY FOR DEFENDANTS: | Tony Avey |
| | Forest Mays |
| LAW CLERK: | Nick Mathews |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Announcements were taken.

The Court inquired about the motion to quash deposition of two witnesses and who is the guardian of the child.   Forest Mays and Tony Avey responded.

The parties presented their respective motions.   The Court made rulings and gave the parties instructions and directives.   The Court will carry the sanction motion.

4:00 – Court adjourned.