## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

WILLIAM ROY WELCH, INDIVIDUALLY )
AND JERRY SOWELL AND JARROD )
SOWELL, INDIVIDUALLY, AND AS NEXT )
FRIEND OF J.S. , A MINOR, )
             **Plaintiffs,** )
    v. )   **No.: 2-09-CV-018**
DOREL JUVENILE GROUP, INC.; )
AND JANELLE SOWELL, )
         )
             **Defendants.** )

## DOREL'S MOTION FOR COSTS

Defendant Dorel Juvenile Group, Inc. ("Dorel") hereby moves that it be awarded $7,500.00 in costs in return for its agreement to the dismissal without prejudice of this action and its withdrawal of its Motion for Sanctions. This request supersedes Dorel's Motion for Rule 11 Sanctions (Doc. 66) and its Opposition to Plaintiffs' Motion to Dismiss (Doc. 79).

Dorel has paid more than $120,000 in attorneys' fees in defending this action. It has paid more than $58,000.00 in fees to its three experts: Dr. William R. "Mike" Scott at Biodynamic Research Corporation, Dr. H. John Miller at Engineering Systems, Inc., and Dr. William W. Van Arsdell at Engineering Principle LLC. It has incurred additional significant costs of filing fees, copying charges and the like.

Dorel's counsel repeatedly tried to persuade Plaintiffs' counsel to resolve this case before both sides spent a lot of money on it. On May 4, 2011, Dorel's counsel wrote Plaintiffs' counsel to suggest he dismiss the case voluntarily. (See Exhibit A hereto.) Plaintiffs' counsel refused to do so. After further discovery was taken, Dorel's counsel repeated the offer on October 9, 2012. (See Exhibit B hereto). Plaintiffs' counsel again refused. On November 6, 2012, Dorel's

counsel warned Plaintiffs' counsel that he would seek sanctions if Dorel had to spend further money on this case.  (See Exhibit C hereto).  In response, Plaintiffs' counsel insisted that Dorel prepare and file its expert disclosures.  Dorel did file its expert disclosures, but it also filed a motion for sanctions.  It was only then that Plaintiffs moved to dismiss their case.  (Doc. 76).

Dorel now wishes to make a final effort to resolve this matter.  Dorel hereby withdraws its motion for sanctions (though without prejudice to refiling it), and moves instead that it be awarded just $7,500 of the costs, and none of the fees, it has incurred in this case, such award to be assessed jointly against Plaintiffs and their counsel.

In support of this request, Dorel has attached as Exhibit D the invoices it has paid from its three experts, which total more than $58,000.00.  Dorel has no interest in spending the time or money necessary to prepare a more formal fee petition.  It is making this request in a good faith effort to resolve this matter.

WHEREFORE, Defendant Dorel Juvenile Group, Inc. respectfully requests that it be awarded $7,500.00 in costs, to be assessed jointly against Plaintiffs and their counsel.

Dated:   February 27, 2013                         Respectfully submitted,

                                                    _____/s/_____
                                                    Walter C. Greenough (Ill. 1052225)
                                                    SCHIFF HARDIN LLP
                                                    233 S. Wacker Dr., Suite 6600
                                                    Chicago, IL   60606
                                                    Telephone:     (312) 258-5500
                                                    Facsimile      (312) 258-5600
                                                    Email: wgreenough@schiffhardin.com

                                                    and

                                                    Anthony A. Avey (00790250)
                                                    PRICHARD, HAWKINS, MCFARLAND
                                                    & YOUNG, L.L.P.
                                                    10101 Reunion Place, Suite 600
                                                    San Antonio, Texas  78216
                                                    Phone: (210) 477-7400
                                                    Fax: (210) 477-7450
                                                    Email:   tavey@phmy.com

                                                    *Attorneys for Defendant*
                                                    *Dorel Juvenile Group, Inc.*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this motion is opposed.    I continue to hope that Plaintiff's counsel will reconsider upon a more careful and thoughtful review of the matter.


$$\underline{\qquad\qquad \text{/s/} \qquad\qquad}$$
Walter C. Greenough

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served

by electronic mail, on the following counsel of record on this 27th day of February, 2013:

Reese P. Andrews
ANDREWS & ANDREWS
311 East Main Street
Nacogdoches, Texas  75961
Reese@andrewslawfirm.com
rebekah@andrewslawfirm.com


*Attorneys for Plaintiffs*

J. Chad Parker
Forrest Mays
THE PARKER FIRM, P.C.
3808 Old Jacksonville Road
Tyler, Texas  75701
cparker@theparkerfirm.com
fmays@theparkerfirm.net

*Attorneys for Defendant Janelle Sowell*

_____/s/_____
Walter C. Greenough

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **WILLIAM ROY WELCH, INDIVIDUALLY AND JERRY SOWELL AND JARROD SOWELL, INDIVIDUALLY, AND AS NEXT FRIEND OF J.S., A MINOR,** )<br>        **Plaintiffs,** )<br> )<br>**v.** )<br>**DOREL JUVENILE GROUP, INC.;** )<br>**AND JANELLE SOWELL,** )<br> )<br>        **Defendants.** ) | **No.: 2-09-CV-018** |

## ORDER GRANTING DEFENDANT DOREL JUVENILE GROUP, INC.'s
## MOTION FOR COSTS

On this day, the Court considered the motion of Defendant Dorel Juvenile Group, Inc. to be awarded $7,500.00 in costs.  The Court has determined that the motion should be granted.

IT IS THEREFORE ORDERED THAT

1.      Plaintiffs' complaint be and it hereby is dismissed without prejudice against Defendant Dorel Juvenile Group, Inc.

2.      Dorel is awarded $7,500.00 in costs against Plaintiffs and their counsel, jointly and severally; and

3.      Dorel's motion for sanctions is denied as moot

CH2\12545492.1