IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILLIAM ROY WELCH, INDIVIDUALLY § <br> AND JERRY SOWELL AND JARROD § <br> SOWELL, INDIVIDUALLY, AND AS § <br> NEXT FRIEND OF JADEN SOWELL, § <br> A MINOR § <br> § <br> *Plaintiffs* § <br> § <br> vs. § <br> § <br> DOREL JUVENILE GROUP, INC.; § <br> AND JANELLE SOWELL § <br> § <br> *Defendants* § | Civil Action No. 2-09CV-018 |

**PLAINTIFFS' NOTICE OF PRETRIAL DISCLOSURES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiffs William Roy Welch, Individually and Jerry Sowell and Jarrod Sowell, Individually, and as Next Friend of Jaden Sowell, a Minor, pursuant to the Order Lifting Administrative Stay and Entering Amended Docket Control Order, Plaintiffs file their Notice that the Pretrial Disclosures have been provided to all counsel of record on this the 1st day of March, 2013.

Respectfully submitted,

ANDREWS & ANDREWS
311 E. Main Street
Nacogdoches, Texas   75961
Telephone:  (936) 564-5000
Facsimile: (936) 559-5000

_____/s/_____
Reese P. Andrews
State Bar No. 01248800
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the above and foregoing instrument was served on all counsel of record on this the 1st day of March, 2013.

_____/s/_____
Reese P. Andrews