# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILLIAM ROY WELCH, et al., | § |
| Plaintiffs, | § CASE NO. 2:09-cv-18-JRG |
| v. | § |
| DOREL USA, INC., et al., | § |
| Defendants. | § |

## ORDER SETTING STATUS CONFERENCE

The Court hereby *sua sponte* sets an in-person status conference to be held on August 26, 2013, at 3:00 p.m. in Marshall, Texas. The Court previously granted a stay for a period of 60 days pending enrollment of new counsel for Plaintiffs due to the death of Plaintiffs' counsel, Reese Andrews. (Dkt. No. 85). The 60 days has since expired and no new counsel has appeared for Plaintiffs to date.

Accordingly, Plaintiffs William Roy Welch, Jerry Sowell, and Jarrod Sowell are directed to appear at the status conference in person. Defendants Dorel USA, Inc., Dorel Juvenile Group Inc., and Janelle Sowell are **ORDERED** to personally serve notice on Plaintiffs of such in-person status conference, with a copy of this Order attached. Additionally, the Court will send a copy of this Order to Plaintiffs by certified mail. Failure of any party to attend such status conference may result in an appropriate sanction, including dismissal of this case.

**So ORDERED and SIGNED this 30th day of July, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE