IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WILLIAM ROY WELCH, INDIVIDUALLY AND JERRY SOWELL AND JARROD SOWELL, INDIVIDUALLY AND AS NEXT FRIEND OF J.S., A MINOR,<br>Plaintiffs<br><br>v.<br><br>DOREL JUVENILE GROUP, INC.; JANELLE SOWELL<br>Defendants | § § § § § § § § § § § § | CIVIL ACTION NO. 2-09-CV 018 |

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, **WILLIAM ROY WELCH**, and moves the Court to dismiss the above entitled and numbered cause of action and would show the Court the following:

I.

All matters of fact and things in controversy have been fully and finally compromised and settled by and between the Plaintiff, **WILLIAM ROY WELCH**, andDefendant, **JANELLE SOWELL**, her estate, executors and legal representatives. The Plaintiff no longer desires to prosecute this cause of action as alleged in Plaintiff's Original Complaint or any subsequent amendment or supplement thereto on file herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, **WILLIAM ROY WELCH**, requests that the Court enter its Order dismissing said cause, with prejudice, to the right of Plaintiff to re-file same or any part thereof against Defendant, **JANELLE SOWELL**, her estate, executors and legal representatives.

Respectfully submitted,

By: *Carolyn Andrews*
Carolyn Andrews
State Bar No. 01240040
ANDREWS & ANDREWS
311 E. Main
Nacogdoches, TX 75961
(936) 564-5000
(936) 559-5000 - facsimile

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Plaintiff's Motion for Dismissal was furnished to all counsel of record on this the day of August 7, 2013.

*Carolyn Andrews*
Carolyn Andrews