IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WILLIAM ROY WELCH, INDIVIDUALLY; AND JERRY SOWELL AND JARROD SOWELL, INDIVIDUALLY, AND AS NEXT FRIEND OF JADEN SOWELL, A MINOR | § § § § § § | |
| *Plaintiffs* | § § | |
| vs. | § § | Civil Action No. 2-09CV-018 |
| DOREL JUVENILE GROUP, INC. AND JANELLE SOWELL | § § § § | |
| *Defendants* | § | |

## NOTICE OF PERSONAL SERVICE ON PLAINTIFFS

TO THE HONORABLE U.S. DISTRICT JUDGE, RODNEY GILSTRAP:

Defendant, Dorel Juvenile Group, Inc. ("DJG"), hereby notifies the Court that it has personally served Plaintiffs Jarrod Sowell and Jerry Sowell with a copy of the Court's July 30, 2013 Order Setting Status Conference.  Copies of the Returns of Service are attached as Exhibit 1 to this Notice.

Respectfully submitted,

*/s/ Anthony A. Avey*
Anthony A. Avey (Attorney-in-Charge)
Texas State Bar No. 00790250
Email:  tavey@aveylaw.com
Avey & Associates, PLLC
14255 Blanco Road
San Antonio, Texas 78216
Telephone:  210-308-6600
Facsimile:  210-308-6939
**ATTORNEY FOR DEFENDANT,
DOREL JUVENILE GROUP, INC.**

and

        DANIEL C. STEPPICK
        State Bar No. 00791732
        Email: dan@shippmansteppick.com
        SHIPMAN STEPPICK, P.C.
        400 West Oak Street, Suite 205
        Denton, Texas 76201
        (940) 382-4140 – Telephone
        (940) 382-4345 – Facsimile

        and

        JONATHAN JUDGE
        Email: jjudge@schiffhardin.com
        MATTHEW G. SCHILTZ
        Email: mschiltz@schiffhardin.com
        SCHIFF HARDIN LLP
        233 S. Wacker Drive, Suite 6600
        Chicago, IL 60606
        (312) 258-5500 – Telephone
        (312) 258-5700 – Facsimile
        ADMITTED *PRO HAC VICE*

        ATTORNEYS FOR DEFENDANT,
        DJG JUVENILE GROUP, INC.

## **CERTIFICATE OF SERVICE**

      I certify that on August 20, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by the Federal Rule of Civil Procedure 5(b)(2):

      ANDREWS & ANDREWS
      311 East Main Street
      Nacogdoches, Texas 75961
      Reese@andrewslawfirm.com
      Rebekah@andrewslawfirm.com

J. Chad Parker
Forrest Mays
THE PARKER FIRM, P.C.
3808 Old Jacksonville Road
Tyler, Texas 75701
cparker@theparkerfirm.com
fmays@theparkerfirm.net.

                                              */s/ Anthony A. Avey*
                                              ANTHONY A. AVEY