# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 209CV18JRG

Plaintiff/Petitioner:
**WILLIAM ROY WELCH, et al.**

vs.

Defendant/Respondent:
**DOREL USA, INC., et al.**

Received by HPS Process Service & Investigations, Inc. to be served on **Jarrod Sowell, 376 Garrett Park Road, Logansport, LA 71049**.

I, CHRIS RANGNOW, do hereby affirm that on the **12th day of August, 2013** at **6:37 pm**, I:

INDIVIDUALLY SERVED the within named person with a true copy of this **Order Setting Status Conference** at the address of **376 Garrett Park Road, Logansport, LA 71049**.

I am over the age of eighteen, and have no interest in the above action.

CHRIS RANGNOW
Process Server

HPS Process Service & Investigations, Inc.
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: HAT-2013016670

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 209CV18JRG

Plaintiff/Petitioner:
**WILLIAM ROY WELCH, et al.**

vs.

Defendant/Respondent:
**DOREL USA, INC., et al.**

Received by HPS Process Service & Investigations, Inc. to be served on **Jerry Sowell, 376 Garrett Park Road, Logansport, LA 71049**.

I, CHRIS RANGNOW, do hereby affirm that on the **12th day of August, 2013** at **6:37 pm**, I:

INDIVIDUALLY SERVED the within named person with a true copy of this **Order Setting Status Conference** at the address of **376 Garrett Park Road, Logansport, LA 71049**.

I am over the age of eighteen, and have no interest in the above action.

_____
CHRIS RANGNOW
Process Server

HPS Process Service & Investigations, Inc.
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: HAT-2013016671

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h